Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff CHARLES V. MITCHELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES V. MITCHELL, | Case No.: 2:16-CV-00970 EFB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Charles V. Mitchell ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to December 6, 2016; and that Defendant shall have until January 5, 2017, to file her opposition. Any reply by plaintiff will be due January 19, 2017.

1   This Court is aware that Counsel's Spouse battled Stage IV breast cancer
2 which metastasized initially to her liver and continued to progress with tumors in her
3 lungs, spine and brain.  After exhausting all known chemotherapy treatments over
4 18 months ago and surviving on willful determination and profound faith alone
5 Counsel's wife has succumbed to her illness.  On September 30, 2016 Counsel
6 gently held his wife as she relinquished her fight and passed away.  Counsel requires
7 the time to deal with providing the appropriate respect to his spouse.

DATE: October 7, 2016           Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

   /s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  October 7, 2016         BENJAMIN WAGNER
United States Attorney


*/S/- Asim Modi

_____
Asim Modi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and
2  including December 6, 2016, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to January 5, 2017
4  to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due
5  January 19, 2017.
6      IT IS SO ORDERED.
7  DATED:  October 12, 2016.

                                              THE HONORABLE EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE