Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff CHARLES V. MITCHELL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES V. MITCHELL, ) | Case No.: 2:16-CV-00970 EFB |
| Plaintiff, ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Charles V. Mitchell ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to January 18, 2017; and that Defendant shall have until February 17, 2017, to file her opposition. Any reply by plaintiff will be due March 10, 2017.

1  Counsel continues to require time to deal with his spouses' death and to
2 assist his two elementary school age children return to a normal routine and deal
3 with their loss. Counsel sincerely apologizes to the court for any inconvenience
4 this may have had upon it or its staff.

DATE: December 8, 2016    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  December 8, 2016    BENJAMIN WAGNER
United States Attorney


*/S/- Asim Modi

_____
Asim Modi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and
2  including January 18, 2017, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to February 17,
4  2017 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be
5  due March 10, 2017.
6       IT IS SO ORDERED.
7  DATED:  December 12, 2016.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE