Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff CHARLES V. MITCHELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHARLES V. MITCHELL, ) | Case No.: 2:16-CV-00970 EFB |
| Plaintiff, ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Charles V. Mitchell ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to February 24, 2017; and that Defendant shall have until March 27, 2017, to file her opposition. Any reply by plaintiff will be due April 17, 2017.

1     A final extension of time for plaintiff is needed.  As the Court is aware,
2 Plaintiff's Spouse recently passed away.  Due to the press of the holidays and the
3 need to find a caregiver and the required time to acclimate his children to his
4 absence to meet his professional obligations, Counsel requires the additional time
5 for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand.

6     Counsel sincerely apologizes to the court for any inconvenience this may
7 have had upon it or its staff.

DATE: January 25, 2017      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  January 25, 2017      BENJAMIN WAGNER
United States Attorney

*/S/- Michael K. Marriott

_____
Michael K. Marriott
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including February 24, 2017, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to March 27, 2017 to file her opposition, if any is forthcoming. Any reply by plaintiff will be due April 17, 2017.

IT IS SO ORDERED.

DATED: January 26, 2017.

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE