BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8985
     Facsimile: (415) 744-0134
     E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES V. MITCHELL, | Case No.: 2:16-cv-00970-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended by 30 days from April 3, 2017, to May 3, 2017.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because of workload issues, including the unavoidable transfer of assignments and a high volume of other disability matters in federal district court.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1     Counsel apologizes to the Court for any inconvenience caused by this delay.

2
                                          Respectfully submitted,
3

4     Dated:  March 30, 2017             */s/ Steven G. Rosales*_____
                                          STEVEN G. ROSALES
5                                         (*By email authorization on 3/30/17*)
                                          Attorney for Plaintiff
6

7

8     Dated:  March 30, 2017             BENJAMIN B. WAGNER
                                          United States Attorney
9                                         DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
10                                        Social Security Administration

11                              By:       */s/  Michael K. Marriott*_____
                                          MICHAEL K. MARRIOTT
12                                        Special Assistant U.S. Attorney

13                                        Attorneys for Defendant

14

15

16                              <u>ORDER</u>

17

18    APPROVED AND SO ORDERED.

19

20    Dated:  April 3, 2017.

21                                        EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28